IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-1984-ZLW-OES

DELOITTE & TOUCHE, INC., in its capacity as Receiver of
Crocus Investment Fund, a Canadian venture capital
corporation,

    Plaintiff,

v.

COH HOLDINGS (U.S.), INC., a Delaware corporation,

    Defendant.

_____

# ORDER
_____

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    Dated at Denver, Colorado, this   12   day of October, 2005.

                      BY THE COURT:

                      s/ Zita L. Weinshienk

                      _____
                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court