IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-1984-WDM

DELOITTE & TOUCHE, INC., in its capacity as Receiver of Crocus Investment Fund, a Canadian venture capital corporation,

    Plaintiff,

v.

COH HOLDINGS (U.S.), INC., a Delaware Corporation,

    Defendant.

## ORDER

Miller, J.

The matter before me relates to an oral order I issued at a hearing on Plaintiff's Motion to Appoint a Receiver, on October 14, 2005.  At the hearing, I denied Plaintiff's motion for a receiver and ordered them to show cause why this case should not be dismissed.  I also advised Plaintiff that failure to show cause will result in dismissal without prejudice.  As Plaintiff has failed to comply, I find that dismissal of this case is appropriate.

Accordingly, it is ordered that Plaintiff's Complaint, filed October 11, 2005 (Docket No. 1), is dismissed without prejudice.

DATED at Denver, Colorado, on November 2, 2005.

                                            BY THE COURT:

                                            /s/ Walker D. Miller
                                            United States District Judge